NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABE-ARJUN V. MALLIK,**

*Petitioner*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

*Respondent*

---

2025-1048

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-22-0382-I-1.

---

**O R D E R**

Abe-Arjun V. Mallik filed a certificate of interest and an entry of appearance in the above-captioned appeal. The Clerk of Court found the documents to be non-compliant. Pursuant to the December 10, 2024 and January 31, 2025 notices of non-compliance, failure to timely file a corrected version may result in the documents being stricken.

The petitioner having failed to file the corrected documents within the time permitted by the court's notices of non-compliance, and having failed to file the brief

2                                                          MALLIK V. HHS

required by Federal Circuit Rule 31(a) within the time permitted by the court's December 19, 2024 order,

IT IS ORDERED THAT:

(1) The certificate of interest and entry of appearance are stricken.

(2) The petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules. See Fed. Cir. R. 25(c)(4); Fed. Cir. R. 31(d).

FOR THE COURT

March 4, 2025
Date

Jarrett B. Perlow
Clerk of Court